## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Strong, Thelma

Printed: 01/06/09

Case Number:  08 B 20704

Judge:  Squires, John H

Filed:  8/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  November 26, 2008

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Equity Mortgage | Secured | 0.00 | 0.00 |
| 2. | City Of Chicago | Secured | 634.00 | 0.00 |
| 3. | Equity Mortgage | Secured | 37,728.48 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 123.37 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 148.19 | 0.00 |
| 6. | Sallie Mae | Unsecured | 1,258.97 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 11.45 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 40.79 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 422.46 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 105.77 | 0.00 |
| 11. | Arm Professional Service | Unsecured |  | No Claim Filed |
| 12. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 13. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 14. | Endodontics Assoc | Unsecured |  | No Claim Filed |
| 15. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 16. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 17. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 18. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 19. | Sunrise Credit Services,Inc. | Unsecured |  | No Claim Filed |
| 20. | Cbe Group | Unsecured |  | No Claim Filed |
| 21. | ICS | Unsecured |  | No Claim Filed |
|  |  |  | $ 40,473.48 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Strong, Thelma

Printed: 01/06/09

Case Number:  08 B 20704

Judge:  Squires, John H

Filed:  8/7/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

